IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ERICA LYNN RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-042 |
| | ) | |
| MENTOR WORLDWIDE LLC, | ) | |
| A Johnson & Johnson Company, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and having reviewed the Rule 26(f) Report, the Court **GRANTS** the parties' joint request to stay discovery to allow the parties to brief a threshold issue of law regarding federal preemption. (Doc. no. 9, ¶¶ 6, 7.) The Court also adopts the proposed briefing schedule on the preemption issue as follows:

| | |
|---|---|
| Defendant's Motion Due | June 1, 2016 |
| Plaintiff's Response Due | July 1, 2016 |
| Defendant's Reply Due | July 8, 2016 |

In the event the case survives the ruling on the preemption motion, the parties shall file, within seven days of the presiding District Judge's ruling, a supplemental Rule 26(f) Report containing proposed, date-certain deadlines for the completion of all discovery and filing civil motions.

SO ORDERED this 20th day of May, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA